UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC. AND
AADVANTAGE LOYALTY IP LTD.**,

   Plaintiffs,

v.                                                    No. 4:22-cv0044-P

**RED VENTURES, LLC AND THE POINTS
GUY, LLC,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Motion for Extension of Deadline to File an Answer or otherwise Respond to Plaintiffs' Complaint ("Motion"). Having considered the Motion, the Court concludes that it should be and hereby is **GRANTED**.

Accordingly, Defendants are **ORDERED** to respond to Plaintiffs' Complaint on or before **March 18, 2022**.

**SO ORDERED** on this **22nd day** of **February, 2022.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE