IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC. and AADVANTAGE LOYTALTY IP LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RED VENTURES, LLC and THE POINTS GUY, LLC, <br><br> Defendants. | § § § § § § § § § § § §  Civil Action No. 4:22-cv-00044-P |

**DEFENDANT RED VENTURES, LLC'S RULE 12(B)(2) MOTION TO DISMISS AND DEFENDANTS RED VENTURES, LLC'S AND THE POINTS GUY, LLC'S RULE 12(B)(3) MOTION TO DISMISS OR TRANSFER VENUE**

Defendant Red Ventures, LLC ("RV") files this Motion to Dismiss Plaintiffs American Airlines' and AAdvantage Loyalty IP Ltd.'s (collectively, "AA") Complaint pursuant to Rule 12(b)(2). RV and The Points Guy, LLC ("TPG") (collectively, "Defendants") additionally file this Motion to Dismiss AA's Complaint pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and Alternatively to Transfer Venue.

Under Local Rule 7.1, this motion is supported by a brief and appendix setting forth Defendants' contentions of law, arguments, and authorities, which are filed contemporaneously with this motion. For the reasons set forth in the accompanying brief and appendix, Defendants respectfully requests that the Court (1) grant RV's Motion to Dismiss, (2) grant Defendants' Motion to Dismiss or alternatively to Transfer, and (3) grant Defendants such other and further relief, at law and in equity, to which they are justly entitled.

Dated: April 1, 2022

Respectfully submitted,

**BECK REDDEN LLP**

*/s/ Alex B. Roberts*
David J. Beck (State Bar No. 00000070)
Alex B. Roberts (State Bar No. 24056216)
Jake McClellan (State Bar No. 24109525)
1221 McKinney Street, Suite 4500
Houston, Texas
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
dbeck@beckredden.com
aroberts@beckredden.com
jmcclellan@beckredden.com

- and -

**WICK PHILLIPS GOULD & MARTIN, LLP**

David J. Drez III (State Bar No. 24007127)
Colin P. Benton (State Bar No. 24095523)
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile: (817) 332-7789
david.drez@wickphillips.com
colin.benton@wickphillips.com

**ATTORNEYS FOR DEFENDANTS RED VENTURES LLC AND THE POINTS GUY LLC**

## CERTIFICATE OF SERVICE

On April 1, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Colin P. Benton*
Colin P. Benton