UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN AIRLINES, INC.** AND
**AADVANTAGE LOYALTY IP LTD.**,

   Plaintiffs,

v.                                     No. 4:22-cv-0044-P
**RED VENTURES LLC** AND **THE POINTS GUYS, LLC**,

   Defendants.

## ORDER

Before the Court is Plaintiffs' Opposed Motion for Leave to File Amended Complaint and Brief in Support ("Motion") and Defendants' Notice of Nonopposition. ECF No. 34, 39. Having considered the Motion and Notice, the Court finds that the Motion should be and hereby is **GRANTED.**

Therefore, the Clerk of the Court is **INSTRUCTED** to file Plaintiffs American Airlines, Inc. and AAdvantage Loyalty IP LTD.'s Amended Complaint, attached to the Motion as Exhibit A (ECF No. 34-1), as a separate docket entry.

**SO ORDERED** on this **2nd day** of **September 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE