IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., and<br>AADVANTAGE LOYALTY IP LTD.,<br><br>    Plaintiffs,<br>v.<br><br>RED VENTURES LLC, and<br>THE POINTS GUY LLC,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-44 |

## JOINT REPORT ON MEDIATION

Plaintiffs, American Airlines, Inc. and AAdvantage Loyalty IP Ltd. ("Plaintiffs"), and defendants, Red Ventures LLC and The Points Guy LLC ("Defendants"), mediated this case in Fort Worth, Texas on September 28, 2022, with the court-appointed mediator Hon. Scott Field. Plaintiffs were represented in person by counsel Lars Berg and Howard Hogan and client representatives Donald Broadfield and Tristan Coughlin Alex Roberts. Defendants were represented in person by counsel Alex Roberts and Colin Benton and client representatives Brad Slutsky and Matt Dunand. Despite a face-to-face settlement meeting the day before mediation and actively participating in the all-day mediation, the parties did not settle.

Dated:  October 5, 2022

Respectfully submitted,

/s/ Alex B. Roberts
David J. Beck (State Bar No. 00000070)
Alex B. Roberts (State Bar No. 24056216)
Jake McClellan (State Bar No. 24109525)
Lena Silva (State Bar No. 24104993)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
dbeck@beckredden.com
aroberts@beckredden.com
jmcclellan@beckredden.com
David J. Drez III (State Bar No. 24007127)
Colin P. Benton (State Bar No. 24095523)
WICK PHILLIPS GOULD &MARTIN, LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile: (817) 332-7789
david.drez@wickphillips.com
colin.benton@wickphillips.com


***ATTORNEYS FOR DEFENDANTS***
***RED VENTURES, LLC AND***
***THE POINTS GUY, LLC***

/s/ Lars L. Berg
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
austin.franklin@kellyhart.com
State Bar No. 24057853
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Howard S. Hogan (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 887-3640

***ATTORNEYS FOR PLAINTIFFS***
***AMERICAN AIRLINES, INC. AND***
***AADVANTAGE LOYALTY IP LTD.***