IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. and<br>AADVANTAGE LOYALTY IP LTD.,<br><br>    Plaintiffs,<br>v.<br><br>RED VENTURES, LLC and<br>THE POINTS GUY, LLC,<br><br>    Defendants. | § § § § § § § § § § § | Civil Action No. 4:22-cv-00044-P |

## PLAINTIFFS' ORIGINAL ANSWER TO DEFENDANT RED VENTURES' AMENDED COUNTERCLAIMS FOR ATTORNEY FEES

Pursuant to Fed. R. Civ. P. 8(b), Plaintiffs American Airlines, Inc., and AAdvantage Loyalty IP Ltd. (together, "American") file this Original Answer to the Amended Counterclaims for Attorney Fees pursuant to 15 U.S.C. §1117(a) and 17 U.S.C. §505 of Defendant Red Ventures, LLC ("RV"), and respectfully show the Court as follows:

### I.   Count I: Attorney Fees under 15 U.S.C. 1117(a)

1. American admits that it has brought a claim against RV under 15 U.S.C. §1125(a) and alleged that RV has violated 15 U.S.C. §1117(a).

2. American admits that 15 U.S.C. §1117(a) provides that the court "in exceptional cases may award reasonable attorney fees to the prevailing party."

3. American denies that they have litigated this case in an unreasonable manner.

4. American denies that RV's litigating position stands out from others with respect to its substantive strength.

5. American denies that RV is entitled to attorney fees in the unlikely event that it prevails in this case.

## II. Count II: Attorney Fees under 17 U.S.C. §505

6. American admits that it has brought a claim against RV for copyright infringement under 17 U.S.C. §101.

7. American admits that 17 U.S.C. §505 provides that a court may award reasonable attorney fees to the prevailing party as part of its costs.

8. American denies that RV is entitled to attorney fees under this statute.

## III. Additional Defenses and Affirmative Defenses

9. RV's claims must be dismissed to the extent they fail to state facts sufficient to assert a cause of action.

10. RV's claims are barred in whole or in part by estoppel.

11. RV's claims are barred in whole or in part by laches.

12. RV's claims are barred in whole or in part by justification.

13. RV's claims are barred in whole or in part by privilege.

For these reasons, Plaintiffs respectfully request the Court to enter judgment for American and against RV's amended counterclaims for attorney fees and grant to American all other relief to which it is entitled.

Dated:  October 6, 2022            Respectfully submitted,

           */s/ Lars L. Berg*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
J. Austin Franklin
austin.franklin@kellyhart.com
State Bar No. 24057853
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Howard S. Hogan (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 887-3640

***ATTORNEYS FOR PLAINTIFFS AMERICAN AIRLINES, INC. AND AADVANTAGE LOYALTY IP LTD.***

## CERTIFICATE OF SERVICE

I certify that on October 6, 2022, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

           */s/ Lars L. Berg*
           Lars L. Berg