IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., and<br>AADVANTAGE LOYALTY IP LTD.,<br><br>    Plaintiffs,<br>v.<br><br>RED VENTURES LLC, and<br>THE POINTS GUY LLC,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-44 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, American Airlines, Inc. and AAdvantage Loyalty IP Ltd, and Defendants, Red Ventures LLC and The Points Guy, LLC, jointly stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all claims and counterclaims asserted against one another in the above-styled and numbered action with prejudice and with each party to bear its own attorneys' fees and costs.

                                  Respectfully submitted,

| | |
|---|---|
| */s/ Lars L. Berg* | */s/ Alex B. Roberts* |
| Dee J. Kelly, Jr. | David J. Beck (State Bar No. 00000070) |
| State Bar No. 11217250 | Alex B. Roberts (State Bar No. 24056216) |
| dee.kelly@kellyhart.com | Jake McClellan (State Bar No. 24109525) |
| Lars L. Berg | Lena Silva (State Bar No. 24104993) |
| State Bar No. 00787072 | BECK REDDEN LLP |
| lars.berg@kellyhart.com | 1221 McKinney Street, Suite 4500 |
| J. Austin Franklin | Houston, Texas |
| austin.franklin@kellyhart.com | Telephone: (713) 951-3700 |
| State Bar No. 24057853 | Facsimile: (713) 951-3720 |
| KELLY HART & HALLMAN LLP | dbeck@beckredden.com |
| 201 Main Street, Suite 2500 | aroberts@beckredden.com |
| Fort Worth, Texas 76102 | jmcclellan@beckredden.com |
| (817) 332-2500 | |
| | David J. Drez III (State Bar No. 24007127) |
| Howard S. Hogan | Colin P. Benton (State Bar No. 24095523) |
| GIBSON, DUNN & CRUTCHER LLP | WICK PHILLIPS GOULD & MARTIN, LLP |
| 1050 Connecticut Avenue, N.W. | 100 Throckmorton Street, Suite 1500 |
| Washington, DC 20036-5306 | Fort Worth, Texas 76102 |
| (202) 887-3640 | Telephone: (817) 332-7788 |
| (*pro hac vice*) | Facsimile: (817) 332-7789 |
| | david.drez@wickphillips.com |
| **ATTORNEYS FOR PLAINTIFFS** | colin.benton@wickphillips.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2022, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

                                  */s/ Alex B. Roberts*
                                   Alex B. Roberts